ACCEPTED
04-17-00091-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/25/2017 4:17 PM

**No. 04-17-00091-CV**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/25/2017 4:17:09 PM
KEITH E. HOTTLE
CLERK

**IN THE COURT OF APPEALS
FOURTH JUDICIAL DISTRICT,
SAN ANTONIO, TEXAS**

**TEXAS DEPARTMENT OF TRANSPORTATION,**
                                        **Appellant,**

**HECTOR R. RAMIREZ,**
                              **Appellee.**

**On Appeal from the 406th Judicial District
Court of Webb County, Texas;
Cause No. 2014CVT002640-D4**

**HECTOR R. RAMIREZ' UNOPPOSED SECOND MOTION
FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

**TO THE HONORABLE COURT OF APPEALS:**

Appellee, Hector R. Ramirez, presents this Motion pursuant to Rules

10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure and

respectfully moves the court for an extension of time to file Appellee's

Brief. As grounds for this Motion, Appellee respectfully shows the Court as follows:

1.      Appellee's brief is due for filing on September 25, 2017.

2.      Appellee requests a thirty (30) day extension of time to file its brief until Tuesday, October 24, 2017.

3.      This is Appellee's second request for an extension of time to file its brief.

4.      Appellee needs an extension of time to file its brief because time constraints on Appellee's counsel has made it impracticable to complete the Appellee's Brief by September 25, 2017.

5.      Hurricane Harvey, caused Appellee's counsel to be out of the office during the storm and its aftermath.  Unfortunately, Hurricane Harvey caused substantial logistical problems for Appellee's counsel in pursuing this matter.  Appellee's counsel suffered substantial damages to his office building including the building's entire roof, entire back wall, entire side wall, and air conditioning systems on the building's premises. Immediate repairs and reconstruction, including mold remediation, has been

underway for the past several weeks and has caused considerable distraction and delay.

Pursuant to Supreme Court of Texas Misc. Docket 17-9091, Emergency Order Authorizing Modification and Suspension of Court Procedures in Proceedings Affected by Disaster and Section 22.0035(b) of the Texas Government Code, all courts in Texas should consider disaster-caused delays as good cause for modifying or suspending all deadlines and procedures—whether prescribed by statute, rule, or order—in any case, civil or criminal.

6. Since its receipt of the State's Brief, and without limitation, and in addition to routine duties, Appellee's counsel has had to make, and must continue to make, substantial time commitments to the following:

a. Appellate and post-judgment activities in *Daniel Jimenez and Paul Harrison vs. City of Aransas Pass*; Cause No. S-15-6059-C; in the 343rd District Court; Aransas County, Texas;

b. Post-judgment review and collection activities in *The Sparkman Living Trust vs. Charles D. Holley*; Cause No. 2011-DCV-3511-E; from the 148th District Court, Nueces County, Texas; and C*onnelly vs.*

*Charlei Diwan Holley*; Cause No. 2016 DCV-2261B; from the 117th District Court, Nueces County, Texas;

c.     Post-judgment documents and briefs in the case In *the Matter of the Marriage of Julia George Franklin and Richard C. Hales*; Cause No. 2014-FAM-0342-D; in the 105th District Court; Nueces County, Texas;

d.     Temporary restraining order and injunction activities in *Robledo vs. Chavez*; Cause No. 2017-DCV-3831-C; in the 94th District Court; Nueces County, Texas;

e.     In the Matter of the Estate of Judith Elaine Wier, No. 2017-PR-00455-4; in the County Court No. 4, Nueces County, Texas;

f.     Petition for Discretionary Review in *John Chambers vs. State of Texas;* Cause No. PD-0771-17; in the Texas Court of Criminal Appeals;

g.     Various mediations and other legal matters currently pending in the law office.

7.     For these reasons, Appellee respectfully requests that the Court of Appeals grant an extension for filing Appellee's Brief until Tuesday, October 24, 2017.

Respectfully submitted,


Joseph E. Ritch
State Bar No. 24037364
Josh W. Hopkins                          ___/s/_Gregory T. Perkes_____
State Bar No. 00787714          Gregory T. Perkes
ELLIOTT & RITCH LLP                State Bar No. 15782550
321 Artesian St.
Corpus Christi, TX 78401        THE PERKES LAW FIRM, PC
Telephone: (361) 883-3000       P.O. Box 1663
Facsimile:   (361) 883-3003      Corpus Christi, Texas 78403
jritch@elliottritch.com             Telephone:  (361) 813-8003
jhopkins@elliottritch.com        GPerkes@PerkesLaw.com


David T. Burkett                       **ATTORNEYS FOR APPELLEE,**
State Bar No. 03410500            **HECTOR R. RAMIREZ**
THE BURKETT LAW FIRM
538 S. Tancahua St.
Corpus Christi, TX  78401
Telephone:  (361) 882-8822
Facsimile:    (361) 883-0733
burkettd@aol.com

## CERTIFICATE OF CONFERENCE

I hereby certify that on Monday, September 25, I conferred with Garland Williams, Assistant Attorney General for the State of Texas. He stated that the State does not oppose this motion.

/s/ Gregory T. Perkes
Gregory T. Perkes

## CERTIFICATE OF SERVICE

This is to certify that on September 25, 2017, a true and correct copy of the foregoing Unopposed Motion for Extension of Time to File Appellant's Brief has been sent as follows:

Ken Paxton, Attorney General of Texas
Jeffrey C. Mateer, First Assistant Attorney General
Brantley Starr, Deputy First Assistant Attorney General
James E. Davis, Deputy Attorney General for Civil Litigation
Randall K. Hill, Asst. Attorney General Chief, Transportation Division

By Serving Via Electronic Service And Email To:

Garland Williams
Assistant Attorney General
garland.williams@oag.texas.gov

Attorneys for Appellant,
Texas Department of Transportation

/s/ Gregory T. Perkes
Gregory T. Perkes